UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB ANGELO MASSEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:24-cv-00385-MMD-CSD<br><br>ORDER |

　　In this habeas corpus action, the Court appointed counsel for Petitioner Jacob Angelo Massey, and on September 25, 2024, appointed counsel appeared. (ECF Nos. 3, 8, 9.) On September 30, the Court entered a scheduling order. (ECF No. 11.) Under the scheduling order, Massey has until November 29, 2024, to either pay the filing fee or file a new application to proceed *in forma pauperis*, and until December 30, 2024, to file an amended habeas petition. (*Id.*)

　　On October 22, 2024, Massey—apparently acting *pro se*—filed an application to proceed *in forma pauperis*. (ECF No. 12.) That application is incomplete; it does not include a financial certificate completed and signed by an authorized prison officer. *See* LSR 1-2. The Court will therefore deny the application. The provision in the scheduling order allowing Massey to either pay the $5 filing fee or file a new *in forma pauperis* application by November 29 will remain in effect.

///

///

///

///

///

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 12) is denied.

DATED THIS 31st Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE