1

2

3                      UNITED STATES DISTRICT COURT

4                            DISTRICT OF NEVADA

5                                    * * *

6    JACOB ANGELO MASSEY,                    Case No. 3:24-cv-00385-MMD-CSD

7                             Petitioner,              ORDER

8           v.

9    ATTORNEY GENERAL OF THE STATE
     OF NEVADA, *et al.*,
10

11                           Respondents.

12          In this habeas corpus action, Petitioner Jacob Angelo Massey, represented by

13   appointed counsel, was to file an amended habeas petition by December 30, 2024. (ECF

14   No. 11.) On December 30, Massey filed a motion for extension of time requesting a 91-

15   day extension, to March 31, 2025. (ECF No. 15 ("Motion").) Massey's counsel states that

16   they need the extension in the deadline because of the time it is taking to obtain records,

17   to organize and examine the records, and to draft the amended petition. The Court finds

18   that the Motion is made in good faith and not solely for the purpose of delay, and that

19   there is good cause for the extension requested. Accordingly, the Court will grant the

20   Motion.

21          Because Massey will have over six months since counsel's appearance to file an

22   amended petition given the new deadline, the Court will not look favorably upon any

23   motion to further extend this deadline.

24          In granting the Motion—or any motion to extend the time for an amended petition

25   in this case—the Court does not comment upon or affect in any manner the operation of

26   any statute of limitations applicable to the case.

27          It is therefore ordered that Petitioner's motion for extension of time (ECF No. 15)

28   is granted. Petitioner will have up to and including March 31, 2025, to file an amended

habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered September 30, 2024 (ECF No. 11) remains in effect.

DATED THIS 3rd Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2