# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB ANGELO MASSEY,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00385-MMD-CSD<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period and a 91-day extension of time, Petitioner Jacob Angelo Massey, represented by appointed counsel, was to file an amended habeas petition by March 31, 2025. (ECF Nos. 11, 16.) On March 31, 2025, Massey filed a motion for extension of time requesting a further 60-day extension, to May 30, 2025. (ECF No. 17 ("Motion").) Massey's counsel states that they need the extension of time to confer with their client and further investigate the case, because of obligations in other cases, and because of time away from work. Massey's counsel represents that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. Accordingly, the Court will grant the Motion.

Because Massey will now have over eight months since counsel's appearance to file an amended petition, the Court will not look favorably upon any motion to further extend this deadline.

In granting the Motion—or any motion to extend the time for an amended petition in this case—the Court does not comment upon or affect in any manner the operation of any statute of limitations applicable to the case.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 17) is granted. Petitioner will have until and including May 30, 2025, to file an amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered on September 30, 2024 (ECF No. 11) remains in effect.

DATED THIS 1st Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE