UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB ANGELO MASSEY,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00385-MMD-CSD<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, a 91-day extension, and a 60-day extension, Petitioner Jacob Angelo Massey, represented by appointed counsel, was to file an amended habeas petition by May 30, 2025. (ECF Nos. 11, 16, 18.) On May 30, Massey filed a motion for extension of time requesting a further 45-day extension, to July 14, 2025. (ECF No. 20 ("Motion").) Massey's counsel states that they need the extension of time to further investigate the case. Massey's counsel represents that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. Accordingly, the Court will grant the Motion.

In granting this Motion—or any motion to extend the time for an amended petition in this case—the Court does not comment upon or affect in any manner the operation of any statute of limitations applicable to the case.

///

///

///

///

///

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 20) is granted *nunc pro tunc*. Petitioner will have until and including July 14, 2025, to file an amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered September 30, 2024 (ECF No. 11) remains in effect.

DATED THIS 2nd Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE